IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20584
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

MICHAEL CAVAZOS, JR.,

                                                Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-126-4
--------------------
September 22, 2000

Before SMITH, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

Michael Cavazos appeals his conviction for conspiracy to possess marijuana and cocaine with intent to distribute.  He asserts that the evidence was insufficient to support his conviction.  We hold that the evidence was sufficient to permit a rational trier of fact to find the essential elements of the offense beyond a reasonable doubt.  See United States v. Bell, 678 F.2d 547, 549 (5th Cir. 1982)(en banc).  Cavazos also contends that the district court erred in giving the jury a deliberate-ignorance instruction.  The evidence presented at

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trial supported the district court's decision to give this instruction.  See United States v. Hull, 160 F.3d 265, 271 (5th Cir. 1998), cert. denied, 525 U.S. 1169, and cert. denied, 526 U.S. 1136 (1999); United States v. Lara-Velasquez, 919 F.2d 946, 951-53 (5th Cir. 1990).  Cavazos's conviction is AFFIRMED.